UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Joseph McMillan**                     **Docket No. 5:10-CR-55-1D**

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Joseph McMillan, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846; and Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 20, 2012, to the custody of the Bureau of Prisons for a term of 216 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

James Joseph McMillan was released from custody on August 8, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant reported he is interested in completing the Moral Reconation Therapy group that would increase his opportunities to succeed on supervision. Moral Reconation Therapy is a cognitive-behavioral treatment program that leads to enhanced moral reasoning, better decision making, and more appropriate behavior. As a result, the probation office is recommending that a Cognitive Behavioral Therapy condition be added.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

| | |
|---|---|
| /s/ Mark Culp | /s/ Cierra M. Wallace |
| Mark Culp | Cierra M. Wallace |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 910-679-2034 |
| | Executed On: April 15, 2026 |

James Joseph McMillan
Docket No. 5:10-CR-55-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___17___ day of ___April___, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge